CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br>    Plaintiff,<br>  v.<br>RAYMOND E. DRASCICH, in individual and representative capacity as trustee of The Drascich Family Trust dated March 14, 1990; MARY ANN DRASCICH, In individual and representative capacity as trustee of The Drascich Family Trust dated March 14, 1990; TNS ENTERPRISE, INC., a California Corporation; and Does 1-10,<br>    Defendants. | **Case:** 2:20-CV-02492-CJC-AGR<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Raymond E. Drascich, in individual and representative capacity as trustee of The Drascich Family Trust dated March 14, 1990; Mary Ann Drascich, in individual and representative capacity as trustee of The Drascich Family Trust dated March 14, 1990 and TNS Enterprise, Inc., a California Corporation have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

| | | |
|---|---|---|
| 1 | Dated: October 07, 2020 | CENTER FOR DISABILITY ACCESS |
| 2 | | By: /s/ Amanda Seabock |
| 3 | | Amanda Seabock |
| 4 | | Attorneys for Plaintiff |

Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(i)